THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

OPTIGEN, LLC.

                        Plaintiff,

v.

                                                                        Civil No. 09-cv-00457
                                                                          (GTS/GJD)

DNA DIAGNOSTICS, INC. d/b/a SHELTERWOOD
LABORATORIES, MELBA S. KETCHUM, et al.,

                        Defendants.


**STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO PLAINTIFF'S
<u>COMPLAINT AND AGREEMENT TO ACCEPT SERVICE</u>**


        OptiGen LLC and DNA Diagnostics, Inc., d/b/a Shelterwood Laboratories, and Melba S. Ketchum stipulate, with this Honorable Court's consent, to an extension of time through and including August 10, 2009, for DNA Diagnostics, Inc., d/b/a Shelterwood Laboratories, and Melba S. Ketchum to answer or otherwise to respond to the plaintiff's Complaint.  This extension will not affect the Scheduling Order.

Dated: July 31, 2009

        **KLOSS, STENGER & LOTEMPIO**

        By    s/ David W. Kloss
             David W. Kloss
             Bar Roll No. 501072
        69 Delaware Avenue, Suite 1003
        Buffalo, New York 14202
        Telephone: (716) 853-1111


        **HODGSON RUSS LLP**

        By    s/ Melissa N. Subjeck
             Melissa N. Subjeck
             Bar Roll N. 515632
        The Guaranty Building
        140 Pearl Street
        Buffalo, New York 14202
        Telephone: (716) 856-4000

## CERTIFICATE OF SERVICE

    I certify that the foregoing *Stipulation to Extend Time for Defendants to Respond to Plaintiff's Complaint and Accept Service* was electronically filed via CM/ECF in the United States District Court for the Northern District of New York, which electronically served same on:

Robert M. Ward, Esq.
Myers & Kaplan
Cumberland Center II
3100 Cumberland Blvd., Suite 1400
Atlanta, Georgia 30330

Scott Kelly, Esq.
Warren J. DeLuca, Esq.
Office of General Counsel
The Texas A&M University System
A&M System Bldg., Ste. 2079
200 Technology Way
College Station, Texas 77854-3424

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
Melissa N. Subjeck, Esq.
Hodgson Russ LLP
The Guaranty Building
140 Pearl Street
Buffalo, New York 14202


Respectfully submitted this 31st day of July, 2009.


                                                      s/ David W. Kloss
                                                      David W. Kloss