THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

OPTIGEN, LLC.

                Plaintiff,

v.

DNA DIAGNOSTICS, INC. d/b/a SHELTERWOOD
LABORATORIES, MELBA S. KETCHUM, et al.,

                Defendants.

5:09-CV-6 (GTS/GJD)
(LEAD CASE)

Civil No. 09-cv-00457
(GTS/GJD)
(MEMBER CASE)

---

### STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT AND AGREEMENT TO ACCEPT SERVICE

       OptiGen LLC and DNA Diagnostics, Inc., d/b/a Shelterwood Laboratories, and Melba S. Ketchum stipulate, with this Honorable Court's consent, to an extension of time through and including August 10, 2009, for DNA Diagnostics, Inc., d/b/a Shelterwood Laboratories, and Melba S. Ketchum to answer or otherwise to respond to the plaintiff's Complaint. This extension will not affect the Scheduling Order.

8/3/09

SO ORDERED

[signature]
U.S.M.J.