UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

OPTIGEN, LLC,

                Plaintiff

v.

INTERNATIONAL GENETICS, INC., et al.,

                Defendants.

Civil No. 09-cv-00006
(GTS/GJD)
(LEAD CASE)

---

OPTIGEN, LLC,

                Plaintiff

v.

TEXAS A&M UNIVERSITY SYSTEM, et al.,

                Defendants.

Civil No. 09-cv-00457
(GTS/GJD)
(MEMBER CASE)

---

### STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

OptiGen LLC and Texas A&M University System hereby stipulate, with this Honorable Court's consent, to an extension of time through and including October 1, 2009, for Texas A&M University System to answer or otherwise respond to the plaintiff's Complaint. This extension will not affect the Scheduling Order.

9/3/09

SO ORDERED

*[signature]*
U.S.M.J.